# NOXUBEE COUNTY CIRCUIT COURT

2832 Jefferson Street, Suite 3
Post Office Box 431
Macon, Mississippi 39341
E-Mail: noxcitycircuitcourtclerkfredap@gmail.com

FREDA D. PHILLIPS, CLERK
DESIREE D. WELLS, DEPUTY CLERK



TEL: (662) 726-5737
FAX: (662) 726-6041

March 9, 2022

State of Mississippi
NOXUBEE COUNTY

    I, Freda D. Phillips, Circuit Clerk of the above named County and State, do hereby certify that the Cause #2021-0086 Kathy Buckhalter ~ VS ~ National Union Fire Insurance Company of Pittsburgh, P.A. foregoing instrument is a true and correct copy of the original.
    Witness my signature and seal of court.

This the ____9th____ day of ____March____, 2022.

*Freda D. Phillips*
Freda D. Phillips
Circuit Clerk

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts — (Rev 2020)

**Court Identification Docket #**
County # 52 | Judicial District 16 | Court ID CI (CH, CI, CO)

**Case Year:** 2022
**Docket Number:** 0086
**Local Docket ID:** _____

Month 10 / Date 22 / Year 21
*This area to be completed by clerk*

*Case Number if filed prior to 1/1/94:* _____

In the **CIRCUIT** Court of **NOXUBEE** County — _____ Judicial District

## Origin of Suit (Place an "X" in one box only)
- [X] Initial Filing
- [ ] Reinstated
- [ ] Foreign Judgment Enrolled
- [ ] Transfer from Other court
- [ ] Other
- [ ] Remanded
- [ ] Reopened
- [ ] Joining Suit/Action
- [ ] Appeal

## Plaintiff
**Individual:** Last Name: Buckhalter | First Name: Kathy | Maiden Name: _____ | M.I.: _____ | Jr/Sr/III/IV: _____

___ Check (x) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___ Check (x) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency _____

**Business:** _____

___ Check (x) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A _____

**Address of Plaintiff:** P.O. Box 314 Shuqualak, Mississippi 39361-0314

**Attorney (Name & Address):** Jonathan B. Fairbank, P.O. Box 13276, Jackson, MS. 39236-3276 (601) 956-98__
**MS Bar No.** 5119

___ Check (x) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing: [signature]

## Defendant
**Individual:** Last Name: _____ | First Name: _____ | Maiden Name: _____ | M.I.: _____ | Jr/Sr/III/IV: _____

___ Check (x) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___ Check (x) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency _____

**Business:** National Union Fire Insurance Company of Pittsburgh, P.A.

___ Check (x) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A _____

**Attorney (Name & Address) - If Known:** _____
**MS Bar No.** _____

___ Check (x) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

## Nature of Suit (Place an "X" in one box only)

**Domestic Relations**
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce: Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Term. of Parental Rights-Chancery
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other _____

**Appeals**
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Municipal Court
- [ ] Other _____

**Business/Commercial**
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [ ] Employment
- [ ] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other _____

**Probate**
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Joint Conservatorship & Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest

- [ ] Alcohol/Drug Commitment (Voluntary)
- [ ] Other
- [ ] Alcohol/Drug Commitment (Involuntary)
- [ ] Mental Health Commitment

**Children/Minors - Non-Domestic**
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion
- [ ] Minor Removal of Minority
- [ ] Other _____

**Civil Rights**
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other _____

**Contract**
- [ ] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other _____

**Statutes/Rules**
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other _____

**Real Property**
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel
- [ ] Title Boundary or Easement
- [ ] Other _____

**Torts**
- [X] Bad Faith
- [ ] Fraud
- [ ] Intentional Tort
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [ ] Negligence - General
- [ ] Negligence - Motor Vehicle
- [ ] Premises Liability
- [ ] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death
- [ ] Other _____

IN THE CIRCUIT COURT OF NOXUBEE COUNTY, MISSISSIPPI

**FILED**

KATHY BUCKHALTER     OCT 22 2021     PLAINTIFF

VS.     *Freda W. Phillips* CAUSE NO: 2021-0086
CIRCUIT CLERK

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.     DEFENDANT

## COMPLAINT
(Jury Trial Requested)

Kathy Buckhalter, appears and for her Complaint against the Defendant, National Union Fire Insurance Company of Pittsburgh, PA would set forth the following circumstances:

### PARTIES

1. Plaintiff, Kathy Buckhalter, is an adult resident citizen of Shuqualak, Noxubee County, Mississippi.

2. The Defendant, National Union Fire Insurance Company of Pittsburgh P.A., is a corporation organized and existing under the laws of Pennsylvania. National Union Fire Insurance Company of Pittsburgh, PA. may be served through an officer, general, or managing agent authorized to receive process.

### VENUE

4. Venue is proper in this Court under Mississippi Code § 11-11-3 (1)(b) because Kathy Buckhalter resides in Noxubee County, Mississippi, and venue is not proper as to National Union Fire Insurance Company of Pittsburgh PA can not be established in any other county.

### FACTS

5. As of November 18, 2011, Prime Line, Inc. was in the business of preparing and selling catfish for consumption. At all relevant times, Prime Line, Inc. had five (5) or more

workmen or operatives regularly in the same business or in or about the same establishment under any contract of hire, express or implied.

6. As of November 18, 2011, National Union Fire Insurance Company of Pittsburgh PA was the workers' compensation insurer for Prime Line, Inc.

7. At all relevant times, National Union Fire Insurance Company of Pittsburgh PA, and Prime Line, Inc. were subject to the Mississippi Workers' Compensation Act.

8. On November 18, 2011, Kathy Buckhalter was an employee of Prime Line, Inc.

9. During November of 2011, Dr. James Watson diagnosed Kathy Buckhalter with tennis elbow.

10. Dr. Watson opined that Buckhalter's tennis elbow was caused or contributed tto by Buckhalter's employment at Prime Line, Inc.

11. Dr. Watson recommended a Nirschle Soft Tissue Procedure to treat Buckhalter's work related tennis elbow.

12. National Union Fire Insurance Company of Pittsburgh, PA retained Health Direct, Inc. (hereinafter simply HDI to perform a utilization review of the Nirsshle Soft Tissue Procedure.

13. On November 16, 2011, HDI wrote a letter to Dr. Watson approving the treatment as medically necessary.

14. On November 18, 2011, Dr. Watson performed the Nirschle Soft Tissue procedure on Buckhalter, and took her off work.

15. Buckhalter was off of work on Dr. Watson's orders recuperating from the Nirschle Soft Tissue Procedure from and after November 18, 2011.

16. The National Union Fire Insurance Company of Pittsburgh PA paid no temporary total disability benefits during the period between November 18, 2011, and April 7, 2012.

17. Having not received any temporary total disability benefits, Buckhalter filed a Petition to Controvert with the Mississippi Workers' Compensation Commission on January 3, 2012, asserting that she suffered a left elbow injury as a result of her employment at Prime Line, Inc.

18. On January 3, 2012, Buckhalter caused a copy of the utilization review approving the Nirchle Soft Tissue Procedure as medically necessary, along with a copy of the Petition to Controvert to counsel for National Union Fire Insurance Company of Pittsburgh PA.

19. On January 3, 2012, Buckhalter requested that National Union Fire Insurance Company of Pittsburgh PA start paying Buckhalter temporary total disability benefits.

20. Having not received an Answer to her Petition to Controvert, counsel for Buckhalter again contacted National Union Fire Insurance Company of Pittsburgh PA on February 7, 2012, and sent another copy of the Petition to Controvert.

21. As evidenced by the HDI utilization review, National Union Fire Insurance Company of Pittsburgh PA had actual knowledge of Buckhalter's claim arising out of the injury to her left elbow before Buckhalter's Petition to Controvert was filed.

22. On February 17, 2012, Buckhalter filed a Motion for Entry of Default Award.

23. On February 20, 2012, National Union Fire Insurance Company of Pittsburgh PA filed an Answer to Buckhalter's Petition to Controvert, denying Buckhalter's claim "pending receipt of proper medical proof."

24. On April 7, 2012, National Union Fire Insurance Company of Pittsburgh PA filed a "Notice of First Payment of T.T. D Benefits, agreeing to pay Buckhalter $200.00 a week until such time as Buckhalter attained maximum medical improvement from her injuries.

25. On May 23, 2012, an Administrative Law Judge issued an ORDER denying Buckhalter's Motion for a Default Judgment Award, but granting Buckhalter's request for medical treatment and Buckhalter's request that she be paid Temporary Total Disability Benefits.

26. The indemnity portion of Buckhalter's underlying workers' compensation claim was settled on December 11, 2013. However, the medical portion of Buckhalter's underlying workers' compensation claim was left open.

27. From and after December 11, 2013, Buckhalter continued to follow up with Dr. Watson for her left elbow injury.

28. From and after December 11, 2013, Dr. Watson prescribed a topical ointment to treat Buckhalter's work related injuries.

29. From and after December 11, 2013, National Union Fire Insurance Company of Pittsburgh PA, consistently and without legitimate or arguable reason refused to approve and pay for the topical ointment prescribed by Dr. Watson.

30. Buckhalter was forced to file several Motions to Compel National Union Fire Insurance Company of Pittsburgh PA to approve and pay for the topical ointment prescribed by Dr. Watson.

31. The medical portion of Buckhalter's underlying workers' compensation claim was finally settled on October 23, 2018.

## CAUSE OF ACTION
## DELAY OF TEMPORARY TOTAL DISABILITY BENEFITS

32.. National Union Fire Insurance Company of Pittsburgh PA suffered under a duty to make prompt and reasonable investigation of Buckhalter's workers' compensation claim, and to refrain from denying or delaying payment of Buckhalter's workers' compensation clam without legitimate or arguable reason.

33. National Union Fire Insurance Company of Pittsburgh PA breached this duty by denying and delaying Buckhalter's workers compensation claim, and delaying payment of temporary total disability benefits without legitimate or arguable reason.

34. National Union Fire Insurance Company of Pittsburgh PA's breach of duty was willful and wanton, committed with indifference to the consequences Buckhalter would suffer.

### DELAY OF MEDICAL SERVICES AND SUPPLIES

35. National Union Fire Insurance Company of Pittsburgh PA suffered under a duty to make prompt and reasonable investigation of Buckhalter's workers' compensation claim, and to refrain from denying or delaying provision of medical supplies and services without legitimate or arguable reason.

36. National Union Fire Insurance Company of Pittsburgh PA breached this duty by denying and delaying Buckhalter's request for the topical ointment prescribed by Dr. Watson.

37. National Union Fire Insurance Company of Pittsburgh PA's breach of duty was willful and wanton, committed with indifference to the consequences Buckhalter would suffer.

### DAMAGES

38. Buckhalter seeks compensation for the following elements of damages:

a. Past mental anxiety suffered by Buckhalter because of the Defendant's failure to timely pay indemnity benefits or provide medical services and supplies;

    b. Mental anxiety reasonably likely to be suffered in the future by Buckhalter because of Defendant's wrongful failure to timely pay indemnity benefits and provide medical services and supplies;

    c. Past expenses, including attorney' fees, incurred by Buckhalter as a result of Defendant's wrongful failure to timely pay indemnity benefits or provide medical services and supplies;

    d. Expenses reasonably likely to be incurred in the future by Buckhalter because of Defendant's wrongful failure to timely pay indemnity benefits or provide medical services and supplies;

    e. Injury to Buckhalter's financial reputation proximately caused by the Defendant's wrongful failure to timely pay indemnity benefits or provide medical services and supplies;

    f. Buckhalter asserts that not only was the Defendant's failure to timely pay benefits and provide medical services and supplies without legitimate or arguable reason, this failure was also characterized by willful misconduct and malicious intent. Accordingly, Buckhalter seeks punitive damages;

    g. Assuming an award of punitive damages in this case, attorneys' fees incurred in bringing this action;

    h. In the event it is found that the Defendant's actions was not wilfull or malicious, but that Defendant's actions were without legitimate or arguable reason, Buckhalter would seek attorney's fees incurred in bringing this action;

    i. such other damages as may be proved at trial.

WHEREFORE, PREMISES CONSIDERED, Buckhalter respectfully requests a judgment of and from the Defendant in an amount sufficient to compensate her for the above enumerated damages, the Defendant to bear all costs of this action.

                                      KATHY S. BUCKHALTER, PLAINTIFF

                                      BY: JONATHAN B. FAIRBANK, HER ATTORNEY
                                      MSB#5119
                                      Post Office Box 13276
                                      Jackson, Mississippi 39236-3276
                                      Phone: (601)956-8999
                                      E-Mail: jonfairbanklaw@gmail.com

# CIVIL RECEIPT IN CIRCUIT COURT

**STATE OF MISSISSIPPI**
**NOXUBEE COUNTY**

Kathy Buckhalter vs. National _____ Fire _____ Company, etc.

**CASE NO.** 2021-0086

SAFEGUARD - DEMENT 62-8221

| | |
|---|---|
| Jury Tax | $ 3.00 |
| Court Reporter's Fee | 10.00 |
| Law Library | 2.50 |
| State Court Education Fund | 2.00 |
| Clerk's Fee | 85.00 |
| Court Administrator | 2.00 |
| State Court Constituents Fund | .50 |
| Legal Assistance Fund | 5.00 |
| Electronic Court Fund | 10.00 |
| JSOF | 40.00 |
| **Sub-Total** | 160.00 |
| Sheriff's Fee | |
| Fees of other Sheriff's | |
| State Comm. or Officers | |
| Garinishment Fee | |
| Garnishment Payment | |
| Other ........ Arch | 1.00 |
| Other | |
| Marriage License ............ (Domestic Violence 14.00  Clerk's Fee 7.00, 1.00 Archives) | 161.00 |
| Amount Paid | |
| Amount Due | |

How Paid: ☐ Cash  ☒ Check  ☐ Money Order

Payment received from Jonathan Fairbanks Mpang this the 20 day of Oct A.D., 20 21 Dollars $ 161.00

By _____ D.C. /s/ Freda Phillips  FREDA D. PHILLIPS  Circuit Clerk

Prescribed by Miss. State Dept. of Audit

# JONATHAN B. FAIRBANK
## Attorney At Law

Street:
5760 I-55 North, Suite 450
Jackson, Mississippi 39211

Mailing:
Post Office Box 13276
Jackson, Mississippi 39236-3276

Telephone:
(601) 956-8999

Email:
jonfairbanklaw@gmail.com

October 21, 2021

Ms. Freda Phillips
Circuit Court Clerk
P.O. Box 431
Macon, MS. 39341
Via Overnight Mail

    RE:    **Kathy Buckhalter v. National Union Fire Insurance Company of Pittsburgh, P.A.**

Dear Ms. Phillips:

Please file the enclosed Complaint on behalf of Kathy Buckhalter. I am also enclosing the following:

1. A copy of the Complaint which I ask that you stamp "filed" and return to me in the enclosed, stamped envelope;
2. My firm check in the amount of $161.00; and
3. A civil cover sheet.

Please call me if you have any questions or concerns regarding the enclosed.

Sincerely yours,

Jonathan B. Fairbank

JBF
enc.

IN THE CIRCUIT COURT OF NOXUBEE COUNTY, MISSISSIPPI

KATHY BUCKHALTER                                                            PLAINTIFF

VS.                                                     CAUSE NO.: CO.2021-0086

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, P.A.                                DEFENDANTS

**SUMMONS**

THE STATE OF MISSISSIPPI

TO:    National Union Fire Insurance
         Company of Pittsburgh, PA
         c/o its registered agent or
         officer, general, or managing
         agent

**NOTICE TO DEFENDANT**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to Jonathan B. Fairbank, the attorney for the Plaintiff, whose post office address is Post Office Box 13276, Jackson, Mississippi 39236-3276, and whose street address is 5760 I-55 North, Suite 450, Jackson, Mississippi 39211. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this 3rd day of February 2022.

Honorable Freda Phillips,
Circuit Clerk of Noxubee County, Mississippi

By: _Freda D. Phillips by Jasmine Roby_ D.C

# NOXUBEE COUNTY CIRCUIT COURT

2832 Jefferson Street, Suite 3
Post Office Box 431
Macon, Mississippi 39341
E-Mail: noxcitycircuitcourtclerkfredap@gmail.com

FREDA D. PHILLIPS, CLERK
DESIREE D. WELLS, DEPUTY CLERK



TEL: (662) 726-5737
FAX: (662) 726-6041

October 25, 2021

**FILED**
OCT 25 2021
Freda W. Phillips
CIRCUIT CLERK

TO:      Hon. Jonathan B. Fairbank

FROM:    Freda D. Phillips, Circuit Clerk

    Please be advised that your case filed in the Noxubee County Circuit Court; Cause Number __2021-0086K__ is assigned to __Judge James Kitchens__.

If you have any questions you can contact the Circuit Clerk's Office at the telephone number listed above.

Kathy Buckhalter

-VS-

National Union Fire Insurance Company

Freda D. Phillips,

Circuit Court Clerk

CIRCUIT COURT TERM • SECOND MONDAY IN MARCH • SECOND MONDAY IN SEPTEMBER

Name of Person or Entity Served __National Union Fire Insurance Company of Pittsburgh, PA__

## PROOF OF SERVICE - SUMMONS

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

_____ **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.** By mailing (by first class mail, postage prepaid) on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender (*attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B*).

__✓__ **PERSONAL SERVICE.** I personally delivered copies to __Corporation Service Company__ on the __7th__ day of __February__, 2018, where I found said person(s) in __Hinds__ County of the State of __Mississippi__. 2022

_____ **RESIDENCE SERVICE.** After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the Summons and Complaint on the _____ day of _____ 2017 at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _____ who is the _____ (here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the Summons and Complaint, and thereafter on the _____ day of _____ 2018, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____ **CERTIFIED MAIL SERVICE.** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (*Attached signed return receipt or the return envelope marked "Refused".*)

At the time of service I was at least 18 years of age and not a party to this action.

Fee for service: $ __0__

**FILED**
FEB 10 2022

Freda W. Phillips
CIRCUIT CLERK

Process server must list below: [*Please print or type*]

Name __Jon. Fairbanks__

Address __5760 I-55 North, Suite 450, Jackson, MS__

Telephone No. __601-956-8989__

STATE OF MISSISSIPPI
COUNTY OF _____

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named __Jon Fairbanks__ who being first duly sworn states on oath that the matters and facts set forth in the foregoing Proof of Service-Summons are true and correct as therein stated.

Process Server (Signature) _____

Sworn to and subscribed before me this the __7th__ day of __February__, 2021 2022

__Therese B. Passmore__
NOTARY PUBLIC

My Commission Expires: _____
(Seal) THERESE B. PASSMORE
ID # 125466
Commission Expires Sept. 19, 2022
HINDS COUNTY, STATE OF MISSISSIPPI
NOTARY PUBLIC

IN THE CIRCUIT COURT OF NOXUBEE COUNTY, MISSISSIPPI

KATHY BUCKHALTER             PLAINTIFF

VS.             CAUSE NO. : CO.2021-0086

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, P.A.             DEFENDANTS

**SUMMONS**

**FILED FEB 10 2022**
*Freda W. Phillips*
CIRCUIT CLERK

THE STATE OF MISSISSIPPI

TO:     National Union Fire Insurance
Company of Pittsburgh, PA
c/o its registered agent or
officer, general, or managing
agent

**NOTICE TO DEFENDANT**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

     You are required to mail or hand-deliver a copy of a written response to the Complaint to Jonathan B. Fairbank, the attorney for the Plaintiff, whose post office address is Post Office Box 13276, Jackson, Mississippi 39236-3276, and whose street address is 5760 I-55 North, Suite 450, Jackson, Mississippi 39211. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

     You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

     Issued under my hand and the seal of said Court, this __3rd__ day of __February__ 2022.

Honorable Freda Phillips,
Circuit Clerk of Noxubee County, Mississippi

By: *Freda D. Phillips* by: *Jasmine Roby* D.C

# JONATHAN B. FAIRBANK
Attorney At Law

Street:
5760 I-55 North, Suite 450
Jackson, Mississippi 39211

Mailing:
Post Office Box 13276
Jackson, Mississippi 39236-3276

Telephone:
(601) 956-8999

Email:
jonfairbanklaw@gmail.com

February 7, 2022

Ms. Freda Phillips
Circuit Court Clerk
P.O. Box 431
Macon, MS. 39341

RE: **Kathy Buckhalter v. National Union Fire Insurance Company of Pittsburgh, P.A. Noxubee County Circuit Court No.: CO2021-0086**

Dear Ms. Phillips:

Please file the enclosed Return documenting service of process on National Union Fire Insurance Company of Pittsburgh PA.

Please call me if you have any questions or concerns regarding the enclosed.

Sincerely yours,

Jonathan B. Fairbank

JBF
enc.